# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**MOUNTAIRE CORPORATION;**
**MOUNTAIRE FARMS INC.;**
**MOUNTAIRE FARMS OF NORTH CAROLINA CORP.;**
**and MOUNTAIRE FARMS, L.L.C.**                                    **PLAINTIFFS**

**VS.**                              **NO. 4:16CV0917 JM**

**ACE AMERICAN INSURANCE COMPANY**                                 **DEFENDANT**

## ORDER

Pursuant to the stipulation for dismissal filed on March 28, 2017, Plaintiff's case is hereby dismissed with prejudice, with each party to bear its own costs and attorneys fees. The Court will retain jurisdiction of this matter to enforce the terms and provisions of the Settlement Agreement and Release executed by the parties in the event any dispute arises after the entry of dismissal.

IT IS SO ORDERED this 4th day of April, 2017.

_____
James M. Moody Jr.
United States District Judge